03 SEP 25 AM 9:3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEAST DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

CIVIL ACTION NO.

VERSUS

CHARLES P. SWANSON, JOHN ROMANO,
JON LOWE, CARY C. COLLINS,
MARGIE M. COLLINS,
PORSCHE CLUB OF AMERICA, INC.,
PORSCHE CLUB OF AMERICA
HEART O' DIXIE REGION

## NOTICE OF REMOVAL

1.

TO: (1) Clerk, U. S. District Court
Northern District of Alabama
302 Federal Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

(2) Clerk of Court
Circuit Court of Madison County, Alabama
Madison County Courthouse, Rm. 217
100 Northside Square
Huntsville, AL 35801

(3) State Farm Mutual Automobile Insurance Company through attorney of record:
C. Dennis Hughes, Esquire
London & Yancey, LLC
2001 Park Place, North
Suite 400 Park Place Tower
Birmingham, AL 35203

Page 1

```
| AVS0351                                                         CV 2003 002083.00 |
|                                                      JUDGE: JOSEPH L. BATTLE      |
|                      ALABAMA JUDICIAL DATA CENTER                                 |
|                           CASE ACTION SUMMARY                                     |
|                              CIRCUIT CIVIL                                        |
|   IN THE CIRCUIT COURT OF MADISON          COUNTY                                 |
|   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES F SWANSON ET AL            |
|   FILED: 08/19/2003 TYPE: EQUITY NON-DAMAGE    TYPE TRIAL: NON-JURY  TRACK:       |
|***********************************************************************************|
|   DATE1: 11/03/2003 CA:                     CA DATE:                              |
|   DATE2:            AMT:         $.00  PAYMENT:                                   |
|   DATE3:                                                                          |
|***********************************************************************************|
|   DEFENDANT 007: PORSCHE CLUB OF AMERICA HEART OF DIXIE REGION                    |
|                  JEFF GEDCKE PRESIDENT        ATTORNEY:                           |
|                  105 TOWERING PINES COURT                                         |
|                  HUNTSVILLE, AL  35806-0000                                       |
|                  PHONE: (256)000-0000                                             |
|   ENTERED:  08/20/2003 ISSUED:  08/20/2003 TYPE:    SHERIFF                       |
|   SERVED:   09/11/2003 ANSWERED:                JUDGEMENT:                        |
```

|            |                                                         |        |
|------------|---------------------------------------------------------|--------|
|            | S/C BY SHERIFF (5)/CERT MAIL (2)                        |        |
| 08/20/2003 | FILED THIS DATE: 08/19/2003                             | (AV01) |
| 08/20/2003 | BENCH/NON-JURY TRIAL REQUESTED                          | (AV01) |
| 08/20/2003 | ASSIGNED TO JUDGE: JOSEPH L. BATTLE                     | (AV01) |
| 08/20/2003 | CASE ASSIGNED STATUS OF: ACTIVE                         | (AV01) |
| 08/20/2003 | ORIGIN: INITIAL FILING                                  | (AV01) |
| 08/20/2003 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ADD      |        |
| 08/20/2003 | LISTED AS ATTORNEY FOR C001: EVANS JOHN W III           |        |
| 08/20/2003 | SWANSON CHARLES P ADDED AS D001                         | (AV02) |
| 08/20/2003 | SHERIFF ISSUED: 08/20/2003 TO D001                      | (AV02) |
| 08/20/2003 | ROMANO JOHN ADDED AS D002                               | (AV02) |
| 08/20/2003 | CERTIFIED MAI ISSUED: 08/20/2003 TO D002                | (AV02) |
| 08/20/2003 | LOWE JON ADDED AS D003                                  | (AV02) |
| 08/20/2003 | SHERIFF ISSUED: 08/20/2003 TO D003                      | (AV02) |
| 08/20/2003 | COLLINS CARY C ADDED AS D004                            | (AV02) |
| 08/20/2003 | SHERIFF ISSUED: 08/20/2003 TO D004                      | (AV02) |
| 08/20/2003 | COLLINS MARGIE M ADDED AS D005                          | (AV02) |
| 08/20/2003 | SHERIFF ISSUED: 08/20/2003 TO D005                      | (AV02) |
| 08/20/2003 | PORSCHE CLUB OF AMERICA INC TOM BOBBITT PRESIDENT       |        |
| 08/20/2003 | CERTIFIED MAI ISSUED: 08/20/2003 TO D006                | (AV02) |
| 08/20/2003 | PORSCHE CLUB OF AMERICA HEART OF DIXIE REGION ADDE      |        |
| 08/20/2003 | SHERIFF ISSUED: 08/20/2003 TO D007                      | (AV02) |

PEM   09/16/2003                                                    CV 2003 002083.00

**EXHIBIT A**

```
| AVSC0351                                                        CV 2003 002083.00 |
|                                                                                   |
|                                                   JUDGE: JOSEPH L. BATTLE         |
|                         ALABAMA JUDICIAL DATA CENTER                              |
|                            CASE ACTION SUMMARY                                    |
|                               CIRCUIT CIVIL                                       |
|   IN THE CIRCUIT COURT OF MADISON         COUNTY                                  |
|   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL            |
|   FILED: 08/19/2003 TYPE: EQUITY NON-DAMAGE  TYPE TRIAL: NON-JURY  TRACK:         |
|   ****************************************************************************** |
|   DATE1: 11/03/2003  CA:                     CA DATE:                             |
|   DATE2:             AMT:           $.00     PAYMENT:                             |
|   DATE3:                                                                          |
|   ****************************************************************************** |
|   PLAINTIFF  001: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY                  |
|                                             ATTORNEY: EVANS JOHN W III            |
|                                             EVA006                                |
|                  , AL  00000-0000                                                 |
|                  PHONE: (256)000-0000                                             |
|   ENTERED: 08/20/2003 ISSUED:            TYPE:                                    |
|   SERVED:             ANSWERED:          JUDGEMENT:                               |
|   DEFENDANT 001: SWANSON CHARLES P                                                |
|                  102 CALHOUN STREET       ATTORNEY:                               |
|                                                                                   |
|                  HUNTSVILLE, AL  35801-0000                                       |
|                  PHONE: (256)000-0000                                             |
|   ENTERED: 08/20/2003 ISSUED: 08/20/2003 TYPE:   SHERIFF                          |
|   SERVED:  08/22/2003 ANSWERED:          JUDGEMENT:                               |
|   DEFENDANT 002: ROMANO JOHN                                                      |
|                  365 KING CAESAR ROAD     ATTORNEY:                               |
|                                                                                   |
|                  DUXBERRY, MA  02332-0000                                         |
|                  PHONE: (256)000-0000                                             |
|   ENTERED: 08/20/2003 ISSUED: 08/20/2003 TYPE:   CERTIFIED                        |
|   SERVED:  08/25/2003 ANSWERED:          JUDGEMENT:                               |
|   DEFENDANT 003: LOWE JON                                                         |
|                  481 BRENDA DRIVE         ATTORNEY:                               |
|                                                                                   |
|                  MADISON, AL  35758-0000                                          |
|                  PHONE: (256)000-0000                                             |
|   ENTERED: 08/20/2003 ISSUED: 08/20/2003 TYPE:   SHERIFF                          |
|   SERVED:  08/22/2003 ANSWERED:          JUDGEMENT:                               |
|   DEFENDANT 004: COLLINS CARY C                                                   |
|                  4104 GARTH ROAD SE       ATTORNEY:                               |
|                                                                                   |
|                  HUNTSVILLE, AL  35802-0000                                       |
|                  PHONE: (256)000-0000                                             |
|   ENTERED: 08/20/2003 ISSUED: 08/20/2003 TYPE:   SHERIFF                          |
|   SERVED:  08/26/2003 ANSWERED:          JUDGEMENT:                               |
|   DEFENDANT 005: COLLINS MARGIE M                                                 |
|                  4104 GARTH ROAD SE       ATTORNEY:                               |
|                                                                                   |
|                  HUNTSVILLE, AL  35802-0000                                       |
|                  PHONE: (256)000-0000                                             |
|   ENTERED: 08/20/2003 ISSUED: 08/20/2003 TYPE:   SHERIFF                          |
|   SERVED:  08/26/2003 ANSWERED:          JUDGEMENT:                               |
|   DEFENDANT 006: PORSCHE CLUB OF AMERICA INC TOM BOBBITT PRESIDENT                |
|                  3244 WINGFIELD LAKE ROAD ATTORNEY:                               |
|                                                                                   |
|                  WILLIAMSBURG, VA  23185-0000                                     |
|                  PHONE: (256)000-0000                                             |
|   ENTERED: 08/20/2003 ISSUED: 08/20/2003 TYPE:   CERTIFIED                        |
|   SERVED:  08/26/2003 ANSWERED:          JUDGEMENT:                               |
  PEM  09/16/2003                                            CV 2003 002083.00
```

```
AVS0702                    ALABAMA JUDICIAL DATA CENTER
                                  MADISON    COUNTY
                                   SERVICE NOTICE
                                                      CV 2003 002083.00
                                                      JOSEPH L. BATTLE
```

IN THE CIRCUIT COURT OF MADISON COUNTY

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL    D007

```
        EVANS JOHN W III                      CASE NUMBER: CV 2003 002083 00
        GRACE & ASSOCIATES                    PARTY NUMBER: C001
        108 NORTH JEFFERSON ST
        HUNTSVILLE   AL  35801
```

YOUR ATTORNEY CODE IS EVA006

THE SUMMONS AND COMPLAINT              WAS SERVED ON PORSCHE CLUB OF AMERIC
ON 09/11/2003 BY: PERSONAL SERVICE.

```
        CONCERNING: PORSCHE CLUB OF AMERICA HEAR
                    JEFF GEDCKE PRESIDENT
                    105 TOWERING PINES COURT
                    HUNTSVILLE       ,AL  35806-0000
```

```
                    DATE:09/16/2003   CLERK: JANE SMITH
                                      100 NORTHSIDE SQUARE
                                      HUNTSVILLE  AL  35801
                                      (256) 532-3391
```

OPERATOR: PEM
PREPARED: 09/16/2003

R. Perry ✓

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- ORIGINAL | Case Number |
|---|---|---|
| Form C-34  Rev 6/88 | | CV03-2083 JCE |

IN THE **Circuit** COURT OF **Madison** COUNTY

Plaintiff **State Farm Mut. Auto. Ins. Co.** v. Defendant **Charles P. Swanson, et al.**

NOTICE TO **Porsche Club of America Heart of Dixie Region, Jeff Gedcke, Pres.**
**105 Towering Pines Ct., Huntsville, AL 35806**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **John W. Evans** WHOSE ADDRESS IS **108 North Jefferson Street, Huntsville, AL 35801**.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

[x] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date **8-20-03**    _____ Clerk/Register    By: CLS

[ ] Certified Mail is hereby requested.    _____ Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[x] I certify that I personally delivered a copy of the Summons and Complaint to **Charles P. Swanson / Jeff Gedcke** in **Madison** County, Alabama on **9-11-03** (Date)

Date **9-11-03**    Server's Signature _____

Address of Server _____    Type of Process Server _____

Kem Perry

AVS0702              ALABAMA JUDICIAL DATA CENTER
                         MADISON    COUNTY
                          SERVICE NOTICE
                                         CV 2003 002083.00
                                         JOSEPH L. BATTLE

IN THE CIRCUIT COURT OF MADISON COUNTY

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL    D006

EVANS JOHN W III                  CASE NUMBER: CV 2003 002083 00
GRACE & ASSOCIATES                PARTY NUMBER: C001
108 NORTH JEFFERSON ST
HUNTSVILLE  AL  35801

YOUR ATTORNEY CODE IS EVA006

THE SUMMONS AND COMPLAINT              WAS SERVED ON PORSCHE CLUB OF AMERIC
ON 08/26/2003 BY: CERTIFIED MAIL.

CONCERNING: PORSCHE CLUB OF AMERICA INC
            3244 WINGFIELD LAKE ROAD

            WILLIAMSBURG    ,VA  23185-0000

DATE:09/02/2003  CLERK:JANE SMITH
                 100 NORTHSIDE SQUARE
                 HUNTSVILLE  AL  35801
                 (256)532-3381



7001 1940 0000 8539 9482

```
AVS0702                    ALABAMA JUDICIAL DATA CENTER
                                 MADISON     COUNTY
                                  SERVICE NOTICE
                                                        CV 2003 002083.00
                                                       JOSEPH L. BATTLE
```

IN THE CIRCUIT COURT OF MADISON COUNTY

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL.   D002

```
    EVANS JOHN W III                    CASE NUMBER: CV 2003 002083 00
    GRACE & ASSOCIATES                  PARTY NUMBER: C001
    108 NORTH JEFFERSON ST
    HUNTSVILLE   AL   35801
```

YOUR ATTORNEY CODE IS EVA006

THE SUMMONS AND COMPLAINT          WAS SERVED ON ROMANO JOHN
ON 08/25/2003 BY: CERTIFIED MAIL.

    CONCERNING: ROMANO JOHN
                365 KING CAESAR ROAD
                DUXBERRY      ,MA   02332-0000

SEE ATTACHED COPY OF SIGNATURE. CONFIRMATION WAS NOT POSSIBLE DUE TO
LACK OF PRINTED NAME OF SIGNER.

```
              DATE: 08/28/2003  CLERK: JANE SMITH
                                100 NORTHSIDE SQUARE
                                HUNTSVILLE   AL   35801
                                (256)532-3381
```



7001 1940 0000 8539 9468

```
AVS0702                    ALABAMA JUDICIAL DATA CENTER
                                 MADISON     COUNTY
                                   SERVICE NOTICE
                                                      CV 2003 002083.00
                                                      JOSEPH L. BATTLE
```

IN THE CIRCUIT COURT OF MADISON COUNTY

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL    D006

```
    EVANS JOHN W III                    CASE NUMBER: CV 2003 002083 00
    GRACE & ASSOCIATES                  PARTY NUMBER: C001
    108 NORTH JEFFERSON ST
    HUNTSVILLE  AL  35801
```

YOUR ATTORNEY CODE IS EVA006

THE SUMMONS AND COMPLAINT           WAS SERVED ON COLLINS MARGIE M
ON 08/26/2003 BY: PERSONAL SERVICE.

    CONCERNING: COLLINS MARGIE M
                4104 GARTH ROAD SE
                HUNTSVILLE     ,AL  35802-0000

```
            DATE: 08/27/2003  CLERK: JANE SMITH
                              100 NORTHSIDE SQUARE
                              HUNTSVILLE  AL  35801
                              (256)532-3381
```

OPERATOR: PEM
PREPARED: 08/27/2003

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number<br>**ORIGINAL** CV03-8083 |
|---|---|---|

IN THE _Circuit_ COURT OF _Madison_ COUNTY

Plaintiff _State Farm Mut. Auto. Ins. Co._ v. Defendant _Charles P. Swanson, et al._

NOTICE TO _Margie M. Collins, 4104 Garth Rd., SW, Huntsville, AL 35802_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _John W. Evans_ WHOSE

ADDRESS IS _108 North Jefferson Street, Huntsville, AL 35801_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

[X] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _8-20-03_    Clerk/Register

[ ] Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[X] I certify that I personally delivered a copy of the Summons and Complaint to _Margie Collins_ in _Madison_ County, Alabama on _8-26-03_ (Date)

Date _8-26-03_    Server's Signature

Address of Server: _M C S D_    Type of Process Server: _Deputy_

```
AVSO702                    ALABAMA JUDICIAL DATA CENTER
                                  MADISON      COUNTY
                                  SERVICE NOTICE
                                                            CV 2003 002083.00
                                                            JOSEPH L. BATTLE
```

IN THE CIRCUIT COURT OF MADISON COUNTY

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL    D004

```
    EVANS JOHN W III                    CASE NUMBER: CV 2003 002083 00
    GRACE & ASSOCIATES                  PARTY NUMBER: C001
    108 NORTH JEFFERSON ST
    HUNTSVILLE  AL  35801
```

YOUR ATTORNEY CODE IS EVA006

THE SUMMONS AND COMPLAINT           WAS SERVED ON COLLINS CARY C
ON 08/26/2003 BY: PERSONAL SERVICE.

```
    CONCERNING: COLLINS CARY C
                4104 GARTH ROAD SE

                HUNTSVILLE    ,AL  35802-0000
```

```
                    DATE: 08/27/2003   CLERK: JANE SMITH
                                       100 NORTHSIDE SQUARE
                                       HUNTSVILLE  AL  35801
                                       (256)532-3381
```

OPERATOR: PEM
PREPARED: 08/27/2003

| | |
|---|---|
| **State of Alabama** <br> **Unified Judicial System** <br> Form C-34  Rev 6/88 | **SUMMONS** <br> **-CIVIL-** ORIGINAL <br> **Case Number** CV03-2083 |

IN THE ___Circuit___ COURT OF ___Madison___ COUNTY

Plaintiff ___State Farm Mut. Auto. Ins. Co.___ v. Defendant ___Charles P. Swanson, et al.___

NOTICE TO ___Cary K. Collins, 4104 Garth Rd. S.E., Huntsville, AL 35802___

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ___John W. Evans___ WHOSE ADDRESS IS ___108 North Jefferson Street, Huntsville, AL 35801___.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

[x] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date ___8-20-03___   Clerk/Register ___[signature]___   By: ___CCS___

[ ] Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature _____

FILED IN OFFICE 2003 AUG 19 A 8:42 JANE SMITH CIRCUIT COURT CLERK

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[x] I certify that I personally delivered a copy of the Summons and Complaint to ___Chris Collins___ in ___Madison___ County, Alabama on ___8-26-03___ (Date)

Date ___8-26-03___

Server's Signature ___[signature] 238___

Address of Server ___MCSD___

Type of Process Server ___Deputy___

```
AVS0702                    ALABAMA JUDICIAL DATA CENTER
                               MADISON   COUNTY
                                SERVICE NOTICE
                                                          CV 2003 002083.00
                                                          JOSEPH L. BATTLE
```

IN THE CIRCUIT COURT OF MADISON COUNTY

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL    D003

```
    EVANS JOHN W III                    CASE NUMBER: CV 2003 002083 00
    GRACE & ASSOCIATES                  PARTY NUMBER: C001
    108 NORTH JEFFERSON ST
    HUNTSVILLE  AL  35801
```

YOUR ATTORNEY CODE IS EVA006

THE SUMMONS AND COMPLAINT                      WAS SERVED ON LOWE JON
ON 09/22/2003 BY: PERSONAL SERVICE.

    CONCERNING: LOWE JON
                481 BRENDA DRIVE

        MADISON          ,AL  35758-0000

    SERVICE ACCEPTED BY NANCY SWANSON

```
                    DATE:08/26/2003  CLERK:JANE SMITH
                                          100 NORTHSIDE SQUARE
                                          HUNTSVILLE  AL  35801
                                          (256)532-3381
```

OPERATOR: PEM
PREPARED: 08/26/2003

*Nancy South off Miller / North of Old Mad'n Pike*

**State of Alabama**
**Unified Judicial System**

**SUMMONS -CIVIL- ORIGINAL**

Case Number: CV03-208

Form C-34  Rev 6/88

IN THE _Circuit_ COURT OF _Madison_ COUNTY

Plaintiff _State Farm Mut. Auto. Ins. Co._ v. Defendant _Charles P. Swanson, et al._

NOTICE TO _Jon Lowe, 481 240 Brenda Dr., Madison, AL 35758_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _John W. Evans_ WHOSE ADDRESS IS _108 North Jefferson Street, Huntsville, AL 35801_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[x] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _8-20-03_   Clerk/Register _____   By: CLS

[ ] Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[x] I certify that I personally delivered a copy of the Summons and Complaint to _Nancy Swanson (wife)_ in _Madison_ County, Alabama on _08-22-03_ (Date)

Date _____   Server's Signature _Dep. C. Salree_

Address of Server   Type of Process Server

```
AVS0702                  ALABAMA JUDICIAL DATA CENTER
                              MADISON    COUNTY
                              SERVICE NOTICE
                                                      CV 2003 002083.00
                                                      JOSEPH L. BATTLE
------------------------------------------------------------------------
              IN THE CIRCUIT COURT OF MADISON        COUNTY

   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO VS CHARLES P SWANSON ET AL   D001


        EVANS JOHN W III                    CASE NUMBER: CV 2003 002083 00
        GRACE & ASSOCIATES                  PARTY NUMBER: C001
        108 NORTH JEFFERSON ST
        HUNTSVILLE  AL  35801


        YOUR ATTORNEY CODE IS EVA006

   THE SUMMONS AND COMPLAINT              WAS SERVED ON SWANSON CHARLES P
   ON 08/22/2003 BY: PERSONAL SERVICE.

        CONCERNING: SWANSON CHARLES P
                    102 CALHOUN STREET

             HUNTSVILLE     ,AL  35801-0000




                    DATE:08/26/2003  CLERK:JANE SMITH
                                           100 NORTHSIDE SQUARE
                                           HUNTSVILLE  AL  35801
                                           (256)532-3381
------------------------------------------------------------------------
OPERATOR: PEM
PREPARED: 08/26/2003
```

09/24/2003 12:13 2565395577 BROOKS & ASSOCIATES PAGE 15

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>-CIVIL- ORIGINAL | Case Number<br>CV03-2083 |
|---|---|---|

IN THE __Circuit__ COURT OF __Madison__ COUNTY

Plaintiff __State Farm Mut. Auto. Ins. Co.__ v. Defendant __Charles P. Swanson, et al.__

NOTICE TO __Charles P. Swanson, 102 Calhoun St., Huntsville, AL 35801__

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY __John W. Evans__ WHOSE

ADDRESS IS __108 North Jefferson St., Huntsville, AL 35801__

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[x] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date __8-20-03__      Clerk/Register _____      CLS

[ ] Certified Mail is hereby requested.

_____ Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[x] I certify that I personally delivered a copy of the Summons and Complaint to __Charles Swanson__ in __Madison__ County, Alabama on __8-22-03__ (Date)

Date __8-22-03 H.D.__    Server's Signature __E. McDaniel #284__

Address of Server __MCSD__    Type of Process Server __Deputy__

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | **SUMMONS**<br>**-CIVIL-** ORIGINAL | Case Number<br>CV03-2083 |
|---|---|---|

IN THE **Circuit** COURT OF **Madison** COUNTY

Plaintiff **State Farm Mut. Auto. Ins. Co.** v. Defendant **Charles P. Swanson, etal,**
**Porsche Club of America, Inc., Tom Bobbitt, Pres.**
NOTICE TO **3244 Wingfield Lake Rd., Williamsburg, VA 23185**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **John W. Evans** WHOSE
ADDRESS IS **108 North Jefferson Street, Huntsville, AL 35801**.
THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date **8-20-03**  Clerk/Register    By **CLS**

☒ Certified Mail is hereby requested.    Plaintiff's/Attorney's Signature

RETURN ON SERVICE: **7001 1940 ...**
☐ Return receipt of certified mail received in this office
☐ I certify that I personally delivered a copy of the Summons ... in _____ Alabama on _____ (Date)

Date _____    Server's Signature
Address of Server _____    Type of Process

**CERTIFIED MAIL RECEIPT**
Postage $1.98
Certified Fee 2.30
Return Receipt Fee 1.75
Total Postage & Fees $6.03
AUG 20 2003
Sent To **Porsche Club of America, Inc.**
Street **3244 Wingfield Lake Rd.**
City, State **Williamsburg, VA 23185**

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- ORIGINAL | Case Number |
|---|---|---|
| Form C-34  Rev 6/88 | | CV03-2083 |

IN THE **Circuit** COURT OF **Madison** COUNTY

**Plaintiff** State Farm Mut. Auto. Ins. Co. v. **Defendant** Charles P. Swanson, et al.
J John Romano, 365 King Caeshr Road, Duxberry, MA 02332

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **John W. Evans** WHOSE

ADDRESS IS **108 North Jefferson Street, Huntsville, AL 35801**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date **8-20-03**  By: **CLS**
Clerk/Register

☒ Certified Mail is hereby requested.
Plaintiff's Attorney's Signature

**RETURN ON SERVICE:** 7001 1940

☐ Return receipt of certified mail received in this
☐ I certify that I personally delivered a copy of the _____ in _____ Alabama on _____ (Date)

Date _____  Server's S _____
Address of Server _____  Type of Pr _____

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Postage $ 1.98
Certified Fee 2.30
Return Receipt Fee 1.75
Restricted Delivery Fee 3.50
Total Postage & Fees $9.53
Sent To: John Romano
Street: 365 King Caeser Rd.
City, State, ZIP+4: Duxberry, MA 02332
PS Form 3800, January 2001

AUG 20 2003

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    PLAINTIFF,

VS.   CIVIL ACTION NO. CV03-2083 JLB

CHARLES P. SWANSON; JOHN
ROMANO; JON LOWE; CARY C.
COLLINS; MARGIE M. COLLINS;
PORSCHE CLUB OF AMERICA,
INC.; PORSCHE CLUB OF AMERICA,
HEART OF DIXIE REGION,

    DEFENDANTS

FILED IN OFFICE 2003 AUG 19 A 8:42
JANE SMITH CIRCUIT COURT CLERK MADISON COUNTY, ALABAMA

### COMPLAINT FOR DECLARATORY JUDGMENT

1. This action is brought pursuant to § 6-6-220, *et seq.*, Code of Alabama (1975) and Rule 57 A.R.C.P., to declare the rights, status, and legal obligation of the parties, arising out of a contract of insurance issued by State Farm Mutual Automobile Insurance Company ("State Farm") to Charles P. Swanson.

2. The plaintiff, State Farm, is an Illinois corporation duly authorized to do business in the State of Alabama and to write automobile liability insurance in the State of Alabama.

3. The defendant, Charles P. Swanson, is a resident of Madison County, Alabama, and over the age of 19 years.

4. The defendant, John Romano, is a resident citizen of the State of Massachusetts and over the age of 19 years.

5. The defendants, Jon Lowe, Cary C. Collins, and Margie M. Collins, are resident citizens of Madison County, Alabama, and over the age of 19 years.

6. The defendant, Porsche Club of America, Inc., is a District of Columbia corporation with its principal place of business in the Commonwealth of Virginia.

7. The defendant, Porsche Club of America, Heart of Dixie Region, is an Alabama corporation with its principal place of business in the State of Alabama.

8. This case involves the responsibility of State Farm under a policy of insurance issued to the defendant, Charles P. Swanson. A certified copy of this policy is

attached hereto as Exhibit "A" and reference is made to this policy as if it were fully set out herein.

9. The summons and complaint of that certain civil action currently pending in the United States District Court, Northern District of Alabama, as civil action number CV-03-5-1825-NE, styled *John Romano v. Charles P. Swanson; Jon Lowe; Cary C. Collins; Margie M. Collins; Porsche Club of America, Inc.; Porsche Club of America, Heart of Dixie Region; State Farm Insurance Company; and XYZ Insurance Company*, is attached hereto as Exhibit "B" and reference is made to the summons and complaint as if it were fully set out herein.

10. The policy of insurance in this case provides as follows:

**Car – means a land motor vehicle with four or more wheels, which is designed for use mainly on public roads. It does not include:**

    **1.**    **(Any vehicle while located for use as a dwelling or premises; or**

    **2.**    **A truck-tractor designed to pull a trailer or semi trailer.**

11. State Farm is currently providing a defense to the defendant, Charles P. Swanson, under a reservation of rights. A copy of the reservation of rights letter is attached hereto as Exhibit "C" and reference is made to the reservation of rights letter as if it were fully set out herein.

12. State Farm alleges that it is not obligated under this policy of insurance to either defend or indemnify the defendant, Charles P. Swanson, for the claims of the defendant, John Romano. This allegation by State Farm is based upon the following:

    a. The 1970 Porsche 908-3 automobile owned by the defendant, John Romano, and driven by the defendant, Charles P. Swanson, on April 7, 2002, as alleged in the complaint attached hereto as Exhibit "B" does not meet the definition of "car" as defined in the State Farm policy attached hereto as Exhibit "A."

WHEREFORE, State Farm prays that this Court will decree and declare its judgment to be that it is under no obligation under its policy of automobile insurance number 524-5893-C20-01B (Exhibit "A") to defend further the defendant, Charles P. Swanson, or to pay any judgment which might be rendered in favor of the defendant, John Romano, in civil action number CV-03-5-1825-NE, in the United States District Court for the Northern District of Alabama, or pay any judgment that might be rendered in favor of the defendant, John Romano, against the defendants, Charles P. Swanson; Jon Lowe; Cary C. Collins; Margie M. Collins; Porsche Club of America, Inc.; Porsche Club of America, Heart of Dixie Region; et al., in any other action arising from the facts alleged in case number CV-03-5-1825-NE.

2